# UNITED STATES BANKRUPTCY COURT
# DISTRICT 1

| | |
|---|---|
| In re:<br><br>AIDA SOCORRO CARDONA TORRES<br><br>Debtor(s) | Case No. 11-05763-MCF |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

ALEJANDRO OLIVERAS RIVERA, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/06/2011.

2) The plan was confirmed on 09/16/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/25/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/21/2015.

5) The case was dismissed on 08/31/2015.

6) Number of months from filing to last payment: 50.

7) Number of months case was pending: 51.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $33,150.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $47,900.00 |
| Less amount refunded to debtor | $2,123.00 |

**NET RECEIPTS:** $45,777.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,100.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,119.64 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $7,219.64

Attorney fees paid and disclosed by debtor: $375.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BANCO POPULAR DE PUERTO RICO | Secured | 0.00 | NA | 110,132.91 | 0.00 | 0.00 |
| BANCO POPULAR DE PUERTO RICO | Unsecured | 13,069.00 | 0.00 | 13,035.79 | 0.00 | 0.00 |
| BANCO POPULAR DE PUERTO RICO | Secured | 0.00 | NA | 440.00 | 360.72 | 0.00 |
| BANCO SANTANDER DE PR | Unsecured | NA | 0.00 | 3,131.67 | 0.00 | 0.00 |
| ECMC | Unsecured | NA | NA | 31,842.89 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 18,000.00 | 0.00 | 5,611.59 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 0.00 | 0.00 | 42,636.11 | 33,858.36 | 4,338.28 |
| INTERNAL REVENUE SERVICE | Unsecured | 29,000.00 | 0.00 | 198.60 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,757.00 | NA | 2,099.23 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 3,111.00 | 0.00 | 4,073.43 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | NA | 2,387.38 | 0.00 | 0.00 |
| SALLIE MAE INC. ON BEHALF OF GL | Unsecured | NA | 0.00 | 14,431.43 | 0.00 | 0.00 |
| SALLIE MAE INC. ON BEHALF OF GL | Unsecured | NA | 0.00 | 13,017.19 | 0.00 | 0.00 |
| SALLIE MAE INC. ON BEHALF OF GL | Unsecured | NA | 0.00 | 4,443.45 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS INC | Unsecured | 0.00 | NA | 10,191.39 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $440.00 | $360.72 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $152,769.02 | $33,858.36 | $4,338.28 |
| **TOTAL SECURED:** | **$153,209.02** | **$34,219.08** | **$4,338.28** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,611.59 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$5,611.59** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$98,852.45** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $7,219.64 |
| Disbursements to Creditors | $38,557.36 |
| **TOTAL DISBURSEMENTS :** | **$45,777.00** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/30/2015          By: /s/ ALEJANDRO OLIVERAS RIVERA
                                                                     Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

11-05763-MCF                                           CERTIFICATE OF MAILING
-----------------------------------------------------------------------------------------------------

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

AIDA SOCORRO CARDONA TORRES
URB CIUDAD DEL LAGO
BUZON 91
TRUJILLO ALTO, PR  00976

INTERNAL REVENUE SERVICE
PO BOX 7317
PHILADELPHIA, PA  19101-7317

INTERNAL REVENUE SERVICES
PO BOX 7346
PHILADELPHIA, PA  19101-7346

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN, PR  00936

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 12914
NORFOLK, VA  23541

BANCO POPULAR DE PUERTO RICO
DIV PRODUCTOS DE TARJETAS
PO BOX 363228
SAN JUAN, PR  00936-3228

Banco Santander Puerto Rico
PO BOX 362589
San Juan, PR  00936-2589

CITI CARDS
PO BOX 689105
DES MOINES, IA  50368-9105

ECMC
LOCKBOX 8682
PO BOX 16478
ST PAUL, MN  55116-0478

DORAL BANK
PO BOX 70308
SAN JUAN, PR  00936-8308

GC SERVICES LP
PO BOX 47455
JACKSONVILLE, FL  32247

**UST Form 101-13-FR-S (09/01/2009)**

HIMA SAN PABLO
PO BOX 236
BAYAMON, PR 00961

BANCO SANTANDER DE PR
PO BOX 362589
SAN JUAN, PR 00936-2589

SALLIE MAE
PO BOX 9500
Wilkes Barre, PA 18773-9500

SANTANDER FINANCIAL
AVE LOS DOMINICOS
CARR #2
BAYAMON, PR 00964

MIDLAND FUNDING LLC
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 4457
HOUSTON, TX 77210-4457

SALLIE MAE INC. ON BEHALF OF GLHEC
2401 INTERNATIONAL LANE
MADISON, WI 53704

GE MONEY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP
25 SE 2ND AVENUE SUITE 1120
MIAMI, FL 33131-1605

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK, VA 23541

ECMC
PO BOX 16408
ST PAUL, MN 55116-0408

MIDLAND FUNDING LLC
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 268941
OKLAHOMA CITY, OK 73126-8941

UNITED STUDENT AID FUNDS INC
SALLIE MAE GUARANTEE SERV
PO BOX 6180
INDIANAPOLIS, IN 46206-6180

**UST Form 101-13-FR-S (09/01/2009)**

SALLIE MAE INC ON BEHALF OF USAF
ATTN BANKRUPTCY LITIGATION UNIT E3149
PO BOX 9430
WILKES BARRE, PA 18773-9430

BANCO POPULAR DE PUERTO RICO
MORTGAGE SERVICE DEPT 761
PO BOX 362708
SAN JUAN, PR 00936-2708

DATED: September 30, 2015

/S/HECTOR PEREZ
OFFICE OF THE CHAPTER 13 TRUSTEE

**UST Form 101-13-FR-S (09/01/2009)**